for Writ of Habeas Corpus ad Sujiciendum is **DENIED**.

■

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Michael ALLEN, Petitioner.**

**No. 46 EM 2009.**

Supreme Court of Pennsylvania.

July 2, 2009.

*ORDER*

PER CURIAM.

**AND NOW,** this 2nd day of July, 2009, the "Motion for Leave to File a Petition for Allowance of Appeal *Nunc Pro Tunc* " is **GRANTED.** Counsel is directed to file a Petition for Allowance of Appeal in 30 days.

■

**Frank D. HELLER and Beverly A. Heller, Husband and Wife, Petitioners**

v.

**PENNSYLVANIA LEAGUE OF CITIES AND MUNICIPALITIES t/d/b/a Penn Prime Trust a/k/a Pennsylvania Pooled Risk Insurance for Municipal Entities, Respondent.**

Supreme Court of Pennsylvania.

July 7, 2009.

*ORDER*

PER CURIAM.

**AND NOW,** this 7th day of July, 2009, the Petition for Allowance of Appeal is **GRANTED.** The issue, as stated by Petitioner, is:

Whether or not the Honorable Court should strike down an exclusion in [Respondents'] policy providing that any person receiving worker's compensation benefits was ineligible for UM/UIM benefits?